PHILLIP A. TALBERT
Acting United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

FILED
OCT 13 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIONI DOGAN,<br>GLORIA HARRIS, and<br>LAVONDA BAILEY,<br><br>Defendants. | CASE NO. 2:16-CR-0199 KJM<br><br>ORDER TO SEAL<br><br>(UNDER SEAL) |

The Court herby orders that the Indictment, the Petition of Assistant U.S. Attorney Jared C. Dolan to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated: 10/13/2016

_____
HONORABLE CAROLYN K. DELANEY
United States Magistrate Judge