UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>    v.<br>DEBOARAH HOLLIMON,<br>            Defendant. | No.  2:15-cr-00237-GEB<br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>    v.<br>HERBERT ALEXANDER,<br>            Defendant. | No.  2:16-cr-00179-GEB |
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>    v.<br>KIONI DOGAN, et al.,<br>            Defendants. | No.  2:16-cr-00199-KJM |

On November 4, 2016, the United States of America filed a "Notice of Related Cases" in which it states:

1

> In case no. 2:15-cr-02[3]7[1] GEB, a federal grand jury returned an indictment charging Deborah Hollimon with ten counts of mail fraud. Specifically, the indictment alleges that Hollimon, and another person known to the grand jury, created fake companies with EDD. . . .
>
> In case no. 2:16-cr-179 GEB, a federal grand jury returned a two-count indictment charging Herbert Alexander with mail fraud. Specifically, the indictment alleges that Alexander created a fake company with EDD. . . .
>
> In case no 2:16-cr-199 KJM, a federal grand jury returned a sixteen-count indictment charged Kioni Dogan and others with conspiracy to commit mail fraud and mail fraud. Specifically, the indictment alleges that Dogan and others created fake companies with EDD. . . .
>
> The above-captioned cases are related within the meaning of the local rules. Specifically, the evidence will establish that Alexander created fake companies for Hollimon and Dogan and taught them how to commit the EDD scheme. Further, a search warrant executed at Alexander's residence revealed paperwork that was directly connected to some of the fake companies used by both Hollimon and Dogan.

(2:4-23, ECF No. 21.)

Examination of the above-entitled cases reveals they are related within the meaning of Local Rule 123. Under the regular practice of this court, a later filed related case is generally assigned to the judge to whom the first filed case is assigned. Therefore, action 2:16-cr-00199-KJM is reassigned to the undersigned judge. Henceforth the caption for future filings on the reassigned case shall show the initials "GEB".

The Clerk of the Court shall make appropriate

---

[1] The case number is changed because the government mistakenly identifies the case number as 2:15-cr-0247.

adjustment in the assignment of cases as a result of this reassignment.

IT IS FURTHER ORDERED that the Status Conference scheduled in action 2:16-cr-00199-GEB on November 16, 2016 is vacated and a Status Conference is scheduled to commence at 9:00 a.m. on November 18, 2016.

Dated:  November 8, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3