Bruce Locke (#177787)

Moss & Locke

4354 Town Center Blvd., #114-59

Eldorado Hills, CA 95762

916-719-3194

Attorneys for Kioni M. Dogan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>    v.<br><br>Kioni M. Dogan<br><br>            Defendants. | No.  16-CR-0199 GEB<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING THE STATUS CONFERENCE SET FOR NOVEMBER 18, 2016 TO JANUARY 20, 2017 AT 9:00 A.M.** |

   IT IS HEREBY STIPULATED AND AGREED between the defendants, Kioni Dogan, Gloria Harris, and Lavonda Bailey, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Jared Dolan, that the status conference presently set for November 18, 2016 at 9:00 a.m., should be continued to January 20, 2017 at 9:00 a.m., and that time under the Speedy Trial Act should be excluded from November 16, 2016 through January 20, 2017.

   The reason for the continuance is that Mr. Locke and other defense counsel have only recently been appointed in this case and the defense needs additional time to review the discovery and to conduct investigation. The exclusion of time is also necessary to ensure continuity of counsel.  Accordingly, the time between November 16, 2015 and January 20, 2017 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section

1

3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Dolan, Mr. Foster and Mr. Wilson have authorized Mr. Locke to sign this pleading for them.

DATED: November 15, 2016  /s/ Bruce Locke
BRUCE LOCKE
Attorney for Kioni Dogan

DATED: November 15, 2016  /s/ Bruce Locke
For GREGORY FOSTER
Attorney for Gloria Harris

DATED: November 15, 2016  /s/ Bruce Locke
For ROBERT WILSON
Attorney for LAVONDA BAILEY

DATED: November 15, 2016  /s/ Bruce Locke
For JARED DOLAN
Attorney for the United States

The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, therefore.

IT IS SO ORDERED.

Dated: November 15, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2