Bruce Locke (#177787)

Moss & Locke

4354 Town Center Blvd., #114-59

Eldorado Hills, CA 95762

916-719-3194

Attorneys for Kioni M. Dogan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Kioni M. Dogan<br><br>　　　　Defendants. | No. 16-CR-0199 GEB<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING THE STATUS CONFERENCE SET FOR JANUARY 20, 2017 TO MARCH 24, 2017 AT 9:00 A.M.** |

　　　IT IS HEREBY STIPULATED AND AGREED between the defendants, Kioni Dogan, Gloria Harris, and Lavonda Bailey, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Jared Dolan, that the status conference presently set for January 20, 2017 should be continued to March 24, 2017 at 9:00, and that time under the Speedy Trial Act should be excluded from January 20, 2017 through March 24, 2017.

　　　The reason for the continuance is that Mr. Locke and other defense counsel need additional time to review the discovery and to conduct investigation. The defense has been advised that additional discovery is being supplied this week. The exclusion of time is also necessary to ensure continuity of counsel. Accordingly, the time between January 20, 2017 and March 24, 2017 should be excluded from the Speedy Trial calculation pursuant to Title 18, States

1  Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties
2  stipulate that the ends of justice served by granting this continuance outweigh the best interests of
3  the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Dolan, Mr. Foster
4  and Mr. Wilson have authorized Mr. Locke to sign this pleading for them.

DATED: January 18, 2017          /s/ Bruce Locke
                                 BRUCE LOCKE
                                 Attorney for Kioni Dogan

DATED: January 18, 2017          /s/ Bruce Locke
                                 For GREGORY FOSTER
                                 Attorney for Gloria Harris

DATED: January 18, 2017           /s/ Bruce Locke
                                 For ROBERT WILSON
                                 Attorney for LAVONDA BAILEY

DATED: January 18, 2017          /s/ Bruce Locke
                                 For JARED DOLAN
                                 Attorney for the United States


    The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, therefore.

    IT IS SO ORDERED.

Dated:  January 18, 2017

                                 _____
                                 GARLAND E. BURRELL, JR.
                                 Senior United States District Judge