Bruce Locke (#177787)

Moss & Locke

4354 Town Center Blvd., #114-59

Eldorado Hills, CA 95762

916-719-3194

Attorneys for Kioni M. Dogan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>           v.<br><br>Kioni M. Dogan<br><br>                Defendants. | No. 16-CR-0199 GEB<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING THE STATUS CONFERENCE SET FOR MARCH 24, 2017 TO JUNE 23, 2017 AT 9:00 A.M.** |

    IT IS HEREBY STIPULATED AND AGREED between the defendants, Kioni Dogan, Gloria Harris, and Lavonda Bailey, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Jared Dolan, that the status conference presently set for March 24, 2017 should be continued to June 23, 2017 at 9:00, and that time under the Speedy Trial Act should be excluded from March 24, 2017 through June 23, 2017.

    The reason for the continuance is that Mr. Locke and other defense counsel need additional time to review the discovery and to conduct investigation. There are over 14,000 pages of discovery and Mr. Locke has had to request that some of the discovery be resent because part was missing from the CD that he received. The exclusion of time is also necessary to ensure continuity of counsel.  Accordingly, the time between March 24, 2017 and June 23, 2017 should

1

be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Dolan, Mr. Foster and Mr. Wilson have authorized Mr. Locke to sign this pleading for them.

DATED: March 21, 2017          /s/ Bruce Locke
                               BRUCE LOCKE
                               Attorney for Kioni Dogan

DATED: March 21, 2017          /s/ Bruce Locke
                               For GREGORY FOSTER
                               Attorney for Gloria Harris

DATED: March 21, 2017          /s/ Bruce Locke
                               For ROBERT WILSON
                               Attorney for LAVONDA BAILEY

DATED: March 21, 2017          /s/ Bruce Locke
                               For JARED DOLAN
                               Attorney for the United States

The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, therefore.

IT IS SO ORDERED.

Dated:  March 21, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2