1  Bruce Locke (#177787)
   Moss & Locke
2  4354 Town Center Blvd., #114-59
   Eldorado Hills, CA 95762
3  916-719-3194
   Attorneys for Kioni M. Dogan
4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

   UNITED STATES,                      No.  16-CR-0199 GEB
9
                    Plaintiff,
10
        v.                             **STIPULATION AND PROPOSED ORDER
11                                      CONTINUING THE STATUS
   KIONI M. DOGAN, et. al.,            CONFERENCE SET FOR JUNE 23, 2017
12                                      TO AUGUST 25, 2017 AT 9:00 A.M.**
                    Defendants.
13

14

15        IT IS HEREBY STIPULATED AND AGREED between the defendants, Kioni Dogan,

16 Gloria Harris, and Lavonda Bailey, by and through their undersigned defense counsel, and the

17 United States of America, by and through its counsel, Assistant U.S. Attorney Jared Dolan, that

18 the status conference presently set for June 23, 2017 should be continued to August 25, 2017 at

19 9:00 a.m., and that time under the Speedy Trial Act should be excluded from June 23, 2017

20 through August 25, 2017.

21        The reason for the continuance is that Mr. Locke and other defense counsel need

22 additional time to review the discovery and to conduct investigation. There are over 14,000 pages

23 of discovery and multiple search warrants were executed in this case. At the request of the

24 defense, the government is working on providing a spreadsheet detailing the loss amounts for

25 each defendant. While the defense will continue to review the discovery that has been provided,

26 and conduct their own independent investigation, further information from the government will

27 greatly decrease the amount of analysis required to assess the case and determine what further

28 defense investigation is necessary. The exclusion of time is also necessary to ensure continuity of

                                              1

counsel. Accordingly, the time between June 23, 2017 and August 25, 2017 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Dolan, Mr. Foster and Mr. Wilson have authorized Mr. Locke to sign this pleading for them.

DATED: June 14, 2017          /s/ Bruce Locke
                             BRUCE LOCKE
                             Attorney for Kioni Dogan

DATED: June 14, 2017          /s/ Bruce Locke
                             For GREGORY FOSTER
                             Attorney for Gloria Harris

DATED: June 14, 2017           /s/ Bruce Locke
                             For ROBERT WILSON
                             Attorney for LAVONDA BAILEY

DATED: June 14, 2017          /s/ Bruce Locke
                             For JARED DOLAN
                             Attorney for the United States

        The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, therefore.

        IT IS SO ORDERED.

Dated: June 14, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2