Reichel & Plesser, LLP
Steven Plesser, SBN #161615
455 Capitol Mall, Ste. 802
Sacramento, CA 95814
(916) 498-9258
steve@reichellaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>KIONI M. DOGAN, et al. | Case No.: 16-CR-0199 GEB<br><br>STIPULATIN AND PROPOSED ORDER CONTINUING THE STATUS CONFERNCE SET FOR OCTOBER 27, 2017 TO JANUARY 12, 2018 |

IT IS HEREBY STIPULATED by and between the defendants, Kioni Dogan, Gloria Harris, and Lavonda Bailey, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Jared Dolan, Assistant United States Attorney, that the status conference currently set for October 27, 2017 should be continued until January 12, 2018, and to exclude time between October 27, 2017 and January 12, 2018, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

1. Steve Plesser, attorney for Gloria Harris, was only recently appointed to represent Ms. Harris subsequent to the Court granting appointing Mr.

1

Plesser and granting a substitution of counsel. The government has provided discovery associated with this case, which is voluminous - i.e. approximately 14,000 pages, plus media materials, to defense counsel.

2. Counsel for defendant Harris requires additional time to review Ms. Harris' attorney file provided by previous counsel, to review the discovery in this matter, to consult with client and conduct any necessary investigation and research related to the charges, and to otherwise prepare for trial. Counsel for defendants Dogan and Bailey, as well as the government, are unopposed.

3. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The government and counsel for defendants Dogan and Bailey join in the request for the continuance.

5. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. 3161, et seq., within which trial must commence, the time period of October 27, 2017, to January 12, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. section 3161(h)(7)(A), B(iv)[Local Code T4] because

it results from a continuance granted by the Court at counsel's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the interest of the public and the defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Respectfully submitted,

STEVEN B. PLESSER

Dated: October 24, 2017  /s/ Steven B. Plesser
STEVEN B. PLESSER
Attorney for Gloria Harris

Dated: October 24, 2017  /s/ Steven B. Plesser for:
For JARED DOLAN
Assistant U.S. Attorney
Attorney for the United States

Dated: October 24, 2017  /s/ Steven B. Plesser
For BRUCKE LOCKE
Attorney for Kioni Dogan

Dated: October 24, 2017  /s/ Steven B. Plesser
For ROBERT WILSON
Attorney for Lavonda Bailey

# FINDINGS And ORDER

IT IS SO FOUND AND ORDERED.

Dated: October 24, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge