Bruce Locke (#177787)
Moss & Locke
4359 Town Center Blvd., #114-59
Eldorado Hills, CA 95762
916-719-3194
Attorneys for Kioni M. Dogan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIONI M. DOGAN, et. al.,<br><br>　　　　Defendants. | No. 16-CR-0199 GEB<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING THE STATUS CONFERENCE SET FOR JANUARY 12, 2018 TO FEBRUARY 16, 2018 AT 9:00 A.M.** |

　　　IT IS HEREBY STIPULATED AND AGREED between the defendants, Kioni Dogan, Gloria Harris, and Lavonda Bailey, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Jared Dolan, that the status conference presently set for January 12, 2018 should be continued to February 16, 2018 at 9:00 a.m., and that time under the Speedy Trial Act should be excluded from January 12, 2018 through February 16, 2018.

　　　The reason for the continuance is that Mr. Locke has resigned from the Federal Defender's Panel and additional time is needed to substitute a new attorney for Mr. Locke. Additionally, defense counsel need additional time to review the discovery and to conduct investigation. The defense is specifically engaged in attempting to discover how the instant case relates to two similar cases, United States v. Holimon, 15-237 and United States v. Alexander, 16-179, currently being litigated in this Court. There are over 14,000 pages of discovery and multiple search warrants were executed that are relevant to this case and the other two cases. The defense is also attempting to establish whether a fourth case, United States v. Dogan, 16-198 is

related in fact to this case. The exclusion of time is also necessary to ensure continuity of counsel. Accordingly, the time between January 12, 2018 and February 16, 2018 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Dolan, Mr. Plesser and Mr. Wilson have authorized Mr. Locke to sign this pleading for them.

DATED: January 4, 2018     /s/ Bruce Locke
                           BRUCE LOCKE
                           Attorney for Kioni Dogan

DATED: January 4, 2018     /s/ Bruce Locke
                           For STEVE PLESSER
                           Attorney for Gloria Harris

DATED: January 4, 2018     /s/ Bruce Locke
                           For ROBERT WILSON
                           Attorney for LAVONDA BAILEY

DATED: January 4, 2018     /s/ Bruce Locke
                           For JARED DOLAN
                           Attorney for the United States

The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, therefore.

IT IS SO ORDERED.

Dated: January 4, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge