1 MCGREGOR W. SCOTT
United States Attorney
2 CHRISTOPHER S. HALES
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                    CASE NO. 2:16-CR-00199-GEB

12                          Plaintiff,          STIPULATION REGARDING EXCLUDABLE
                                                TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                    v.                         [PROPOSED] FINDINGS AND ORDER

14 KIONI DOGAN,                                  DATE: May 4, 2018
   GLORIA HARRIS, and                            TIME: 9:00 a.m.
15 LAVONDA BAILEY,                               COURT: Hon. Garland E. Burrell, Jr.

16                          Defendants.

17

18                                  **STIPULATION**

19        1.      By previous order, this matter was set for status on May 4, 2018.

20        2.      By this stipulation, defendants now move to continue the status conference until July 20,

21 2018, and to exclude time between May 4, 2018, and July 20, 2018, under Local Code T4.

22        3.      The parties agree and stipulate, and request that the Court find the following:

23                a)      The government has represented that the discovery associated with this case

24 includes in excess of 14,000 pages, including multiple search warrants. All of this discovery has

25 been either produced directly to counsel and/or made available for inspection and copying.

26                b)      Counsel for defendants desire additional time in particular in order to continue

27 reviewing and analyzing the discovery in this case, as well as to conduct investigation and

28 research related to the charges, to discuss potential resolutions with their clients, and to otherwise

1   prepare for trial. Mr. Gable recently substituted into this case as well as Ms. Dogan's other

2   pending case, 2:16-cr-00198 JAM. He has been reviewing the discovery in that case, consisting

3   of over 3,000 pages and has just started a review of the discovery in this case.

4           c)      Counsel for defendants believe that failure to grant the above-requested

5   continuance would deny counsel the reasonable time necessary for effective preparation, taking

6   into account the exercise of due diligence.

7           d)      The government does not object to the continuance.

8           e)      Based on the above-stated findings, the ends of justice served by continuing the

9   case as requested outweigh the interest of the public and the defendant in a trial within the

10  original date prescribed by the Speedy Trial Act.

11          f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12  et seq., within which trial must commence, the time period of May 4, 2018 to July 20, 2018,

13  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

14  because it results from a continuance granted by the Court at defendants' request on the basis of

15  the Court's finding that the ends of justice served by taking such action outweigh the best interest

16  of the public and the defendant in a speedy trial.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 1, 2018                                    McGREGOR W. SCOTT
                                                       United States Attorney


                                                       /s/ CHRISTOPHER S. HALES
                                                       CHRISTOPHER S. HALES
                                                       Assistant United States Attorney


Dated:  May 1, 2018                                    /s/ HAYES GABLE III
                                                       HAYES GABLE III
                                                       Attorney for Defendant
                                                       KIONI DOGAN


Dated:  May 1, 2018                                    /s/ STEVEN B. PLESSER
                                                       STEVEN B. PLESSER
                                                       Attorney for Defendant
                                                       GLORIA HARRIS


Dated:  May 1, 2018                                    /s/ ROBERT WILSON
                                                       ROBERT WILSON
                                                       Attorney for Defendant
                                                       LAVONDA BAILEY


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

 Dated:  May 1, 2018


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge