Reichel & Plesser, LLP
Steven Plesser, SBN #161615
455 Capitol Mall, Ste. 802
Sacramento, CA 95814
(916) 498-9258
steve@reichellaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>KIONI M. DOGAN, et al. | Case No.: 16-CR-0199 GEB<br><br>STIPULATION AND PROPOSED ORDER CONTINUING THE STATUS CONFERNCE SET FOR SEPTEMBER 21, 2018 TO NOVEMBER 16, 2018 |

IT IS HEREBY STIPULATED by and between the defendants, Kioni Dogan, Gloria Harris, and Lavonda Bailey, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Christopher Hales, Assistant United States Attorney, that the status conference currently set for September 21, 2018 should be continued until November 16, and to exclude time between September 21, 2018 and November 16, 2018, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

1. The government has provided discovery associated with this case, which is voluminous - i.e. approximately 14,000 pages, plus media materials, to

1

defense counsel. Both counsel for Dogan and Harris were substituted in for original counsel and have not been counsel of record the entire time since the indictment and thus have had more limited time to prepare.

2. Given the volume of discovery, defense counsel for defendants require additional time to review the discovery in this matter, to consult with their respective clients and to conduct any necessary investigation and research related to the charges, to evaluate possible settlement, and to otherwise prepare for trial.

3. Counsel for defendants believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The government is unopposed to the requested continuance.

5. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. 3161, et seq., within which trial must commence, the time period of September 21, 2018, to November 16, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. section 3161(h)(7)(A), B(iv)[Local Code T4] because it results from a continuance granted by the Court at counsel's request on the basis of the Court's finding that the ends of justice served by

taking such action outweigh the interest of the public and the defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.        Respectfully submitted,

Dated: September 19, 2018        /s/ Steven B. Plesser
STEVEN B. PLESSER
Attorney for Gloria Harris

Dated: September 19, 2018        /s/ Steven B. Plesser for:
For CHRISTOPHER HALES
Assistant U.S. Attorney
Attorney for the United States

Dated: September 19, 2018        /s/ Steven B. Plesser
For Hayes Gable III
Attorney for Kioni Dogan

Dated: September 19, 2018        /s/ Steven B. Plesser
For ROBERT WILSON
Attorney for Lavonda Bailey

# FINDINGS And ORDER

IT IS SO FOUND AND ORDERED.

Dated: September 19, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge