HAYES H. GABLE, III
Attorney at Law - SBN 60368
1001 G Street, Suite 104
Sacramento, California 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988

Attorney for Defendant
Kioni Dogan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-CR-0199-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION FOR MODIFICATION** |
| v. | ) | **OF PRETRIAL RELEASE CONDITION** |
| | ) | **RE: CONTACT; ORDER** |
| | ) | |
| Kioni Dogan, | ) | Judge: Hon. Kendal J. Newman |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Christopher S. Hales, and defendant, Kioni Dogan, by and through her attorney of record, Hayes H. Gable, III, agree and stipulate that the defendant's special conditions of release (ECF No. 28) be modified as follows:

"6. You must not associate or have any contact with your co-defendants unless in the presence of counsel, with the exception of your mother, Gloria Harris, and your sister Lavonda Bailey. You must not discuss the case with them, unless in the presence of counsel."

STIPULATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITION RE: CONTACT;

ORDER- 1

Pretrial Services Officer Darryl Walker approves of the above-stated request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

Dated: November 7, 2018						Respectfully submitted,

/s/ Christopher S. Hales
CHRISTOPHER S. HALES
Assistant U.S. Attorney


/s/ Hayes H. Gable, III
HAYES H. GABLE, III
Attorney for Defendant
KIONI DOGAN

## ORDER

Based upon the foregoing stipulation of the parties and with the agreement of the pretrial services officer, and good cause appearing, the Court grants the defendant's request that the terms of the special conditions of release be modified as set forth above. All other conditions of release are to remain in full force.

Dated: November 7, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITION RE: CONTACT; ORDER- 2