Steven Plesser, State Bar No. 161615
ROTHSCHILD, WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA 95825
Telephone: (916) 444-9845
Facsimile: (916) 640-0027
Email: splesser@rwslaw.com

Attorneys for Defendant
GLORIA HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIONI DOGAN, et al,<br><br>Defendant. | Case No.: 2:16-CR-0199 GEB<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER**<br><br>Date: November 16, 2018<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between the defendants, Kioni Dogan, Gloria Harris, and Lavonda Bailey, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Christopher Hales, Assistant United States Attorney, that the status conference currently set for November 16, 2018 should be continued until January 18, 2019, and to exclude time between November 16, 2018 and January 18, 2019, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

1. The government has provided discovery associated with this case, which is voluminous - i.e. approximately 14,000 pages, plus media materials, to

1

defense counsel. Both counsel for Dogan and Harris were substituted in for original counsel and have not been counsel of record the entire time since the indictment and thus have had more limited time to prepare.

2. Given the volume of discovery, defense counsel for defendants require additional time to review the discovery in this matter, to consult with their respective clients and to conduct any necessary investigation and research related to the charges, to evaluate possible settlement, and to otherwise prepare for trial.

3. Additonally, counsel for defendant Harris ability to spend time on this matter was recently negatively impacted by the time necessarily spent dissolving his law partnership and transitioning his practice to another firm. That process is now complete.

4. Counsel for defendants believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government is unopposed to the requested continuance.

6. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. 3161, et seq., within which trial must commence, the time period of

November 16, 2018, to January 18 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. section 3161(h)(7)(A), B(iv)[Local Code T4] because it results from a continuance granted by the Court at counsel's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the interest of the public and the defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.   Respectfully submitted,

Dated: November 15, 2018    /s/ Steven B. Plesser
STEVEN B. PLESSER
Attorney for Gloria Harris

Dated: November 15, 2018    /s/ Steven B. Plesser for:
For CHRISTOPHER HALES
Assistant U.S. Attorney
Attorney for the United States

Dated: November 15, 2018    /s/ Steven B. Plesser
For Hayes Gable III
Attorney for Kioni Dogan

Dated: November 15, 2018    /s/ Steven B. Plesser
For ROBERT WILSON
Attorney for Lavonda Bailey

# FINDINGS And ORDER

IT IS SO FOUND AND ORDERED.

Dated: November 15, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge