1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   CAROLYN M. WIGGIN, Bar #182732
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone: (916) 498-5700
5
6   Attorney for Defendant-Movant
    KIONI M. DOGAN
7
8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )   No. 2:16-cr-00198-JAM-1
                                     )       2:16-cr-00199-JAM-1
12             Plaintiff,            )
                                     )   **SEALING ORDER**
13         vs.                       )
                                     )   JUDGE:  Hon. John A. Mendez
14                                   )
    KIONI M. DOGAN,                  )
15                                   )
               Defendant-Movant.     )
16                                   )
                                     )
17  _____     )
18
        IT IS HEREBY ORDERED that the Request to Seal Exhibit C to Defendant-Movant's
19
    Emergency Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i)
20
    (Compassionate Release) be granted so that medical information is not available on the public
21
    docket.  The Request and its Exhibit C are to be provided to the Court and Assistant United
22
    States Attorney Christopher Stanton Hales.
23
        These documents shall remain under seal until further Order of the Court.
24
        **IT IS SO ORDERED.**
25
26
        DATED: 6/23/2020              /s/ John A. Mendez_____
27                                    JOHN A. MENDEZ
                                      United States District Court Judge
28

Dogan:  Proposed Sealing Order